

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00890-CR

The **STATE** of Texas,
Appellant

v.

Luis Donaldo **ROMERO LANDERO**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13942CR
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 15, 2024.

_____
Rebeca C. Martinez, Chief Justice